PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NOVO NORDISK A/S, *et al.*, | ) |
| Plaintiffs, | ) CASE NO. 4:25-CV-01048 |
| | ) |
| | ) JUDGE BENITA Y. PEARSON |
| v. | ) |
| | ) |
| AMBLE HEALTH INC., | ) **ORDER** |
| | ) [Resolving ECF Nos. 8, 9, 11, 12, 13, 14, |
| Defendant. | ) and 15] |

Pending is Attorney Alexandra Widas's Motion for the Admission to Appear *Pro Hac Vice*. ECF No. 8. The motion is accompanied by Attorney Widas's certificates of good standing from New York and District of Columbia (ECF Nos. 8-1 and 8-2) and the $120.00 fee (Receipt Number 13173033) as required by LR 83.5(h).

Pending is Attorney Francisco I. Collantes's Motion for the Admission to Appear *Pro Hac Vice*. ECF No. 9. The motion is accompanied by Attorney Collantes's certificates of good standing from District of Columbia and New York (ECF Nos. 9-1 and 10) and the $120.00 fee (Receipt Number 13173153) as required by LR 83.5(h).

Pending is Attorney Neil K. Roman Motion for the Admission to Appear *Pro Hac Vice*. ECF No. 11. The motion is accompanied by Attorney Roman's certificates of good standing from District of Columbia and New York (ECF Nos. 11-1 and 11-2) and the $120.00 fee (Receipt Number 13174995) as required by LR 83.5(h).

Pending is Attorney Robert N. Hunziker, Jr. Motion for the Admission to Appear *Pro Hac Vice*. ECF No. 12. The motion is accompanied by Attorney Hunziker's certificates of good standing from District of Columbia and Georgia (ECF Nos. 12-1 and 12-2) and the $120.00 fee (Receipt Number 13175904) as required by LR 83.5(h).

(4:25CV1048)

Pending is Attorney Shannon E. McClure Motion for the Admission to Appear *Pro Hac Vice*.  ECF No. 13.  The motion is accompanied by Attorney McClure's declaration that she is in good standing in Pennsylvania (ECF No. 13-1) and the $120.00 fee (Receipt Number 13191442) as required by LR 83.5(h).

Pending is Attorney Rachael G. Pontikes Motion for the Admission to Appear *Pro Hac Vice*.  ECF No. 14.  The motion is accompanied by Attorney Pontikes's declaration that she is in good standing in Illinois (ECF No. 14-1) and the $120.00 fee (Receipt Number 13191454) as required by LR 83.5(h).

Pending is Attorney Michael F. Reeder Motion for the Admission to Appear *Pro Hac Vice*.  ECF No. 15.  The motion is accompanied by Attorney Reeder's declaration that he is in good standing in Texas (ECF No. 15-1) and the $120.00 fee (Receipt Number 13191457) as required by LR 83.5(h).

For good cause shown, the motions are granted.  Alexandra Widas, Francisco I. Collantes, Neil K. Roman, Robert N. Hunziker, Jr., Shannon E. McClure, Rachael G. Pontikes, and Michael F. Reeder shall be entered on the docket as representing Plaintiffs Novo Nordisk A/S and Novo Nordisk Inc.

The attorneys are reminded of the requirement to register for CM/ECF and to file and receive all documents electronically.  *See* LR 5.1(c).

IT IS SO ORDERED.

| July 15, 2025 | /s/ Benita Y. Pearson |
|---|---|
| Date | Benita Y. Pearson<br>United States District Judge |