**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| NOVO NORDISK A/S and NOVO NORDISK INC., | |
| Plaintiffs, | Case No. 4:25-CV-01048 |
| v. | JUDGE JOHN R. ADAMS |
| AMBLE HEALTH INC., | MAGISTRATE JUDGE CARMEN E. HENDERSON |
| Defendant. | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE NOTICE OF**
**SUPPLEMENTAL AUTHORITY *INSTANTER***

Plaintiffs request leave to submit this Notice of Supplemental Authority to advise the Court that on October 16, 2025, the Honorable Judge David L. Bunning of the U.S. District Court for the Eastern District of Kentucky issued a decision in *Novo Nordisk A/S v. Horizon Health & Weight Loss, LLC*, Case No. 1:25-cv-00045, Dkt. 12 (E.D. Ky. October 16, 2025), that is directly relevant to the arguments in Sections I.A., I.C., and II. of Plaintiffs' Opposition to Defendant's Motion to Dismiss. A copy of the *Horizon Health* opinion is attached as Exhibit A.

October 17, 2025   Respectfully submitted,

*/s/ Gregory J. Krabacher*
Gregory J. Krabacher (0079259), *Trial Attorney*
Maurice A. Wells (0096804)
Epstein Becker & Green, P.C.
250 West Street, Suite 300
Columbus, Ohio 43215
T: (614) 872-2447
E: gkrabacher@ebglaw.com
   mwells@ebglaw.com

Neil K. Roman (DC Bar No. 401170)
Robert N. Hunziker, Jr. (DC Bar No. 1018458)
Francisco Collantes (DC Bar No. 90032159)
Alexandra Widas (DC Bar No. 1645372)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T: (202) 662 5135|
E: nroman@cov.com
   rhunziker@cov.com
   fcollantes@cov.com
   awidas@cov.com

***Attorneys for Plaintiffs Novo Nordisk A/S and Novo Nordisk Inc.***

**CERTIFICATE OF SERVICE**

I certify that on October 17, 2025, the foregoing *Plaintiffs' Leave to File Notice of Supplemental Authority Instanter* was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's CM/ECF electronic filing system. Parties may access this filing through the Court's system.

*/s/ Gregory J. Krabacher*
Gregory J. Krabacher (0079259)