UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NOVO NORDISK A/S and NOVO NORDISK INC., | |
| Plaintiffs, | Case No. 4:25-CV-01048 |
| v. | JUDGE JOHN R. ADAMS |
| AMBLE HEALTH INC., | MAGISTRATE JUDGE CARMEN E. HENDERSON |
| Defendant. | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE NOTICE OF
SUPPLEMENTAL AUTHORITY *INSTANTER***

Plaintiffs request leave to submit this Notice of Supplemental Authority to advise the Court that on November 14, 2025, the Honorable Judge Jacquelyn D. Austin of the U.S. District Court for the District of South Carolina issued a decision in *Novo Nordisk A/S v. MindWell, LLC*, Case No. 6:25-cv-00442, Dkt. 31 (D.S.C. Nov. 14, 2025), that is directly relevant to the arguments in Sections I.A, I.C, and II of Plaintiffs' Opposition to Defendant's Motion to Dismiss. A copy of the *MindWell* opinion is attached.

November 17, 2025                    Respectfully submitted,

*/s/ Gregory J. Krabacher*
Gregory J. Krabacher (0079259), *Trial Attorney*
Maurice A. Wells (0096804)
EPSTEIN BECKER & GREEN, P.C.
250 West Street, Suite 300
Columbus, Ohio 43215
T: (614) 872-2447
E: gkrabacher@ebglaw.com
   mwells@ebglaw.com

Neil K. Roman (DC Bar No. 401170)
Robert N. Hunziker, Jr. (DC Bar No. 1018458)
Francisco I. Collantes *(*DC Bar No. 90032159)
Alexandra Widas (DC Bar No. 1645372)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T: (202) 662 5135|
E: nroman@cov.com
   rhunziker@cov.com
   fcollantes@cov.com
   awidas@cov.com

***Attorneys for Plaintiffs Novo Nordisk A/S and Novo Nordisk Inc.***

## CERTIFICATE OF SERVICE

I certify that on November 17, 2025, the foregoing *Plaintiffs' Motion for Leave to File Notice of Supplemental Authority Instanter* was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's CM/ECF electronic filing system. Parties may access this filing through the Court's system.

*/s/ Gregory J. Krabacher*
Gregory J. Krabacher (0079259)