**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NOVO NORDISK A/S, | ) | CASE NO: 4:25-CV-01048 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | **JUDGMENT ENTRY** |
| | ) | |
| AMBLE HEALTH, INC.      , | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgement Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendant's motion to dismiss is GRANTED. This complaint is DISMISSED.

IT IS SO ORDERED.


March 17, 2026                                    */s/ Judge John R. Adams*
Date                                                   JUDGE JOHN R. ADAMS
                                                            UNITED STATES DISTRICT COURT